UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61305-CIV-SEITZ/O'SULLIVAN

JOSEPH GIANCOLA,
    Plaintiff,
vs.

NCO FINANCIAL SYSTEMS, INC.,
    Defendant.
_____/

## NOTICE OF COURT PRACTICE UPON NOTIFICATION OF SETTLEMENT

THIS MATTER came before the Court upon the parties' Notice of Pending Settlement [DE 4], indicating that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Accordingly, it is

ORDERED that

(1) By **September 13, 2010**, the parties must file their stipulation of dismissal in accordance with Fed. R. Civ. P. 41. In their stipulation, the parties must specify the length of time they would like the Court to retain jurisdiction over this matter. Failure to file the stipulation of dismissal by such date will result in dismissal of this action.

(2) All pending motions are DENIED AS MOOT.

(3) For administrative purposes, this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 10th day of August, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Judge O'Sullivan
       All counsel of record