UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSEPH GIANCOLA,

Plaintiff,

vs.                                                                 Case No.: 10-61305-CIV-Seitz/O'Sullivan

NCO FINANCIAL SYSTEMS, INC.,

Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action submit this Joint Stipulation of Dismissal with prejudice. The parties agree that each party shall bear their own costs and attorneys' fees in connection with this action.

Dated: August 19, 2010                                   Respectfully submitted,

| | |
|---|---|
| /s Andrew I. Glenn | /s Kenneth C. Grace |
| Andrew I. Glenn | Kenneth C. Grace, Esq. |
| E-mail: AGlenn@cardandglenn.com | Florida Bar No. 0658464 |
| Florida Bar No.: 577261 | Email: kgrace@sessions-law.biz |
| J. Dennis Card, Jr. | Dayle M. Van Hoose, Esq. |
| E-mail: Dennis@cardandglenn.com | Florida Bar No. 016277 |
| Florida Bar No. 0487473 | Email: dvanhoose@sessions-law.biz |
| Card & Glenn, P.A. | Sessions, Fishman, Nathan & Israel LLC. |
| 2501 Hollywood Boulevard, Suite 100 | 3350 Buschwood Park Drive, Suite 195 |
| Hollywood, Florida 33020 | Tampa, FL 33618 |
| Telephone: (954) 921-9994 | Telephone: (813) 890-2463 |
| Facsimile: (954) 921-9553 | Facsimile: (866) 466-3140 |
| Attorneys for Plaintiff | Attorneys for Defendant |