UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61305-CIV-SEITZ/O'SULLIVAN

JOSEPH GIANCOLA,
        Plaintiff,
vs.

NCO FINANCIAL SYSTEMS, INC.,
        Defendant.
_____/

## FINAL DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 9]. Accordingly, it is

ORDERED that

(1) This matter is DISMISSED WITH PREJUDICE.

(2) All pending motions are DENIED AS MOOT.

(3) This CASE IS CLOSED.

DONE AND ORDERED in Miami, Florida, this 2nd day of September, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Judge O'Sullivan
        All counsel of record